UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen D. Holden and Dina M. Marquis-Holden

| | |
|---|---|
| Case No. | 12-39497 |
| Hearing Date: | 9/14/17 at 10:00 a.m |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

### ORDER TO SHOW CAUSE
### WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
### STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that Daniel E. Straffi was directed to file: ORDER TO BE SUBMITTED (#68 Motion to Reinstate Case) and that the document has not been filed, it is hereby

ORDERED that Daniel E. Straffi shall show cause on September 14, 2017 at 10:00 am in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom number 8, before the Honorable Michael B. Kaplan why the:

- ☒ motion should not be denied,
- ❏ pleading should not be stricken.

*new 9/10/07*